UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EDWIN S. STONE,

                                          Plaintiff,

      -against-

CDL WEST 45TH STREET LP and CDL WEST
45TH STREET, L.L.C.,

                                   Defendants.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 25, 2008

Docket No.: 08 CV 6504

**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER**

Application is hereby made for a Clerk's Order extending the time within which Defendant, CDL WEST 45TH STREET LLC f/k/a CDL WEST 45TH STREET L.P., may answer the Complaint filed by Plaintiff for an additional 30 days, until August 22, 2008, and it is represented that:

1. No previous extension has been obtained;

2. Service of process has been effected upon CDL WEST 45TH STREET LLC f/k/a CDL WEST 45TH STREET L.P.;

3. Upon information and belief service of process was effectuated upon CDL WEST 45TH STREET LLC f/k/a CDL WEST 45TH STREET L.P. no earlier than July 1, 2008;

4. CDL WEST 45TH STREET LLC f/k/a CDL WEST 45TH STREET L.P. agrees to waive all jurisdictional defenses;

Plaintiff has consented to the extension of Defendant's time to answer.

Dated:   New York, New York
         July 23, 2008

                                           Yours, etc.

                                           STRONGIN ROTHMAN & ABRAMS, LLP

                                           JILL S. TAYLOR, ESQ. (JT-4731)
                                           Attorneys for Defendants
                                           CDL WEST 45TH STREET LLC
                                           f/k/a CDL WEST 45TH STREET L.P.
                                           5 Hanover Square, Fourth Floor
                                           New York, NY 10004
                                           (212) 931-8300

SO ORDERED: _____
                                    U.S.D.J.