UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EDWIN S. STONE,

                                            Plaintiff,

    -against-

CDL WEST 45TH STREET LP and CDL WEST 45TH STREET, L.L.C.,

                                            Defendants.
-----------------------------------------------------------------x

Docket No.: 08 CV 6504

**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER**

      Application is hereby made for a Clerk's Order extending the time within which Defendant, CDL WEST 45TH STREET LLC f/k/a CDL WEST 45TH STREET L.P., may answer the Complaint filed by Plaintiff for an additional three days, until August 25, 2008, and it is represented that:

1. One previous extension was granted by the Court on July 25, 2008. The original extension date was August 22, 2008;

2. Service of process has been effected upon CDL WEST 45TH STREET LLC f/k/a CDL WEST 45TH STREET L.P.;

3. Upon information and belief service of process was effectuated upon CDL WEST 45TH STREET LLC f/k/a CDL WEST 45TH STREET L.P. no earlier than July 1, 2008;

4. CDL WEST 45TH STREET LLC f/k/a CDL WEST 45TH STREET L.P. agrees to waive all jurisdictional defenses;

Plaintiff has consented to the second extension of Defendant's time to answer.

Dated:    New York, New York
           August 22, 2008

Yours, etc.

STRONGIN ROTHMAN & ABRAMS, LLP

s/
_____
JILL S. TAYLOR, ESQ. (JT-4731)
Attorneys for Defendants
CDL WEST 45TH STREET LLC
f/k/a CDL WEST 45TH STREET L.P.
5 Hanover Square, Fourth Floor
New York, NY 10004
(212) 931-8300

SO ORDERED: _____
                                                  U.S.D.J.