UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
EDWIN S. STONE,

                                            Plaintiff,

        -against-

CDL WEST 45TH STREET LP and CDL WEST 45TH
STREET, L.L.C.,

                                            Defendants.
---------------------------------------------------------------x

**Docket No.:**

**JURY DEMAND**

    **PLEASE TAKE NOTICE**, that defendants, CDL WEST 45TH STREET LLC f/k/a CDL WEST 45TH STREET L.P., by its attorneys, STRONGIN ROTHMAN & ABRAMS, LLP, demand a trial by jury on all issues.

Dated:    New York, New York
             August 26, 2008

                                                  Yours, etc.

                                                  STRONGIN ROTHMAN & ABRAMS, LLP

                                                  _____s/_____
                                                  HOWARD F. STRONGIN, ESQ. (HS-7851)
                                                  Attorneys for Defendants
                                                  CDL WEST 45TH STREET LLC
                                                  f/k/a CDL WEST 45TH STREET L.P.
                                                  5 Hanover Square, Fourth Floor
                                                  New York, NY 10004
                                                  (212) 931-8300

TO:

Frederic A. Nicholson, Esq.
26 Court Street, Suite 2011
Brooklyn, NY 11242
(718) 330-0577
Attorneys for Plaintiff

STATE OF NEW YORK        )
                                            )SS.:
COUNTY OF NEW YORK    )

LATASHA McINTYRE, being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years, and resides in Kings County. That on this 22nd day of July, 2008 she served the within **JURY DEMAND** upon:

TO:

Frederic A. Nicholson, Esq.
26 Court Street, Suite 2011
Brooklyn, NY 11242
(718) 330-0577
Attorneys for Plaintiff

by depositing a true copy of same securely enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, by Regular Mail.

_____
LATASHA McINTYRE

Sworn to before me this
22nd day of July, 2008


_____
NOTARY PUBLIC